UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Y-TRAP, INC.,<br><br>               Plaintiff,<br><br>v.<br><br>BIOCON LTD. AND BICARA THERAPEUTICS, INC.,<br><br>               Defendants. | C.A. No. 1-24-cv-12678-GAO |

**DEFENDANT BIOCON LTD.'S ASSENTED-TO MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Biocon Ltd. ("Biocon") respectfully requests that this Court enter an order extending the time by which Biocon must respond to the complaint filed by Plaintiff Y-Trap, Inc. ("Plaintiff") in the captioned action up to and including January 21, 2025.

In support of this motion, Biocon states as follows:

1. Plaintiff filed its complaint on October 22, 2024.

2. On November 7, 2024, Plaintiff's counsel e-mailed a copy of the complaint to Biocon's counsel and requested that Biocon waive service of a summons and proposed that Biocon answer or otherwise respond to the complaint within 75 days.

3. On November 11, 2024, Biocon's counsel responded that the 75-day response time was acceptable, and suggested that Plaintiff's counsel send a Rule 4 waiver of service of summons form, which she did.

4. Under Rule 4(d)(3), "[a] defendant who, before being served with process, timely returns a waiver need not serve an answer to the complaint until 60 days after the request was sent—or until 90 days after it was sent to the defendant outside any judicial district of the United States." Fed. R. Civ. P. 4(d)(3).

5. Biocon is incorporated and has its principal place of business in India. *See* Compl. ¶ 17.

6. On November 14, 2024, Biocon's counsel returned the executed Rule 4 waiver of service of summons, and Plaintiff's counsel filed it with the court. *See* Dkt. No. 8. The executed waiver of service form reflected the parties' agreement that Biocon would have 75 days from November 7, 2024—or until January 21, 2025—to respond to the complaint. *Id*. However, the text of the docket entry accompanying the filing of the waiver states: "WAIVER OF SERVICE Returned Executed by Y-Trap, Inc. Biocon Ltd waiver sent on 11/7/2024, answer due **1/6/2025**." (emphasis added).

7. Biocon hereby moves for an order extending the time by which it must respond to Plaintiff's complaint up to and including January 21, 2025. As reflected below in the Local Rule 7.1 certification, Plaintiff has consented to this request.

WHEREFORE, Biocon respectfully requests that the Court issue an order establishing January 21, 2025 as the deadline by which Biocon must respond to the complaint.

> Respectfully submitted,
>
> BIOCON LTD.,
>
> By its attorneys,
>
> /s/ *Michael T. Maroney*
> Michael T. Maroney (BBO #653476)
> Krithika Rajkumar (BBO #706554)
> Mark M. Masutani (BBO #713398)
> HOLLAND & KNIGHT LLP
> 10 St. James Avenue
> Boston, MA 02116
> (617) 523-2700
> michael.maroney@hklaw.com
> krithika.rajkumar@hklaw.com
> mark.masutani@hklaw.com

|  |  |
|---|---|
| Dated: December 17, 2024 | Charles A. Weiss (*pro hac* forthcoming)<br>Leonie W. Huang (*pro hac* forthcoming)<br>HOLLAND & KNIGHT LLP<br>787 Seventh Avenue, 31st Floor<br>New York, NY  10019<br>(212) 513-3200<br>charles.weiss@hklaw.com<br>leonie.huang@hklaw.com |

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that counsel for Biocon and counsel for Plaintiff conferred, and Plaintiff consents to Biocon's response to the complaint being filed on January 21, 2025, as indicated above.

*/s/ Michael T. Maroney*
Michael T. Maroney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent those indicated as non-registered participants on December 17, 2024.

*/s/ Michael T. Maroney*
Michael T. Maroney