UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Y-TRAP, INC.,<br><br>                  Plaintiff,<br><br>       v.<br><br>BIOCON, LTD and BICARA THERAPEUTICS, INC.,<br><br>                  Defendants. | Case No. 1:24-cv-12678-GAO |

**BICARA THERAPEUTICS, INC'S UNOPPOSED MOTION
FOR LEAVE OF COURT TO EXCEED PAGE LIMIT**

Pursuant to Local Rule 7.1(b)(4), Bicara Therapeutics, Inc. ("Bicara"), respectfully requests this Court to allow Bicara to file a Memorandum of Law in excess of twenty pages, of up to twenty-five pages, in support of Bicara's forthcoming motion to dismiss (the "Motion to Dismiss") Y-Trap, Inc's ("Y-Trap") complaint (the "Complaint").

1. On October 10, 2024, Y-Trap filed the 148-paragraph Complaint against Biocon, Ltd. ("Biocon") and Bicara (collectively, the "Defendants").

2. The Complaint asserts three separate claims against Bicara under Massachusetts state law.

3. Bicara opposes each claim asserted by Y-Trap and will seek dismissal of all claims against it in the Complaint in Bicara's forthcoming Motion to Dismiss, which is due on January 10, 2025.

4. Given the complexity of Y-Trap's claims and the number of allegations against Bicara, Bicara respectfully submits that an opening Memorandum of Law in support of Bicara's forthcoming Motion to Dismiss of up to twenty-five (25) pages, *i.e.*, five additional pages, is

1

necessary to address the legal issues relevant to Bicara.

5. Counsel for Y-Trap has indicated that it does not oppose Bicara's request in this motion.

WHEREFORE, Bicara respectfully requests leave to file a Memorandum of Law not to exceed twenty-five (25) pages in support of Bicara's forthcoming Motion to Dismiss excluding any declarations and appendices thereto.

| | |
|---|---|
| Dated:  January 9, 2025 | Respectfully submitted,<br><br>BICARA THERAPEUTICS, INC.<br><br>By its attorneys,<br><br>/s/ *Daryl L. Wiesen*<br>Daryl L. Wiesen (BBO #634872)<br>Tucker DeVoe (BBO #693426)<br>Christie Larochelle (BBO #705561)<br>Laura K. Noerdlinger (BBO #711482)<br>Adrian Santiago Ortiz (BBO #713630)<br>GOODWIN PROCTER LLP<br>100 Northern Avenue<br>Boston, MA 02210<br>Tel.: 617-570-1000<br>Fax: 617-523-1231<br>dwiesen@goodwinlaw.com<br>tdevoe@goodwinlaw.com<br>clarochelle@goodwinlaw.com<br>lnoerdlinger@goodwinlaw.com<br>asantiagoortiz@goodwinlaw.com<br><br>*Counsel for Defendant Bicara Therapeutics, Inc.* |

IT IS SO ORDERED.

_____
George A. O'Toole Jr., U.S.D.J.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that on January 9, 2025, counsel for Bicara and counsel for Y-Trap conferred in good faith about this motion and counsel for Y-Trap are unopposed to the relief requested herein. Counsel for Bicara and counsel for Biocon also conferred about this motion and counsel for Biocon are unopposed to the relief requested herein.

> */s/ Daryl L. Wiesen*
> Daryl L. Wiesen

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the above document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such document to all counsel of record.

Dated: January 9, 2025                    */s/ Daryl L. Wiesen*
                                           Daryl L. Wiesen