UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Y-TRAP, INC.,<br><br>                Plaintiff,<br><br>    v.<br><br>BIOCON, LTD and BICARA THERAPEUTICS, INC.,<br><br>                Defendants. | Case No. 1:24-cv-12678-GAO |

**Y-TRAP, INC.'S UNOPPOSED MOTION
(1) TO EXTEND TIME TO RESPOND TO BICARA THERAPEUTICS INC.'S MOTION TO DISMISS AND (2) FOR LEAVE TO EXCEED PAGE LIMIT**

Under Local Rules 7.1(b)(2) and 7.1(b)(4), Plaintiff Y-Trap, Inc. ("Y-Trap") moves: (1) to extend by one week (until January 31, 2025) the deadline for Y-Trap to respond to Defendant Bicara Therapeutics, Inc.'s ("Bicara") motion to dismiss ("Bicara's MTD") (Dkt. No. 44); and (2) to allow Y-Trap to file an opposition to Bicara's MTD of up to twenty-five pages, which would be five pages over the limit in Local Rule 7.1(b)(4).

In support of this unopposed motion, Y-Trap states:

1.    On October 22, 2024, Y-Trap filed a complaint against Bicara and Defendant Biocon, Ltd. ("Biocon").

2.    On November 26, 2024, Bicara filed an unopposed motion to extend the time for it to respond to Y-Trap's complaint to January 10, 2025 (Dkt. No. 15), which the Court granted (Dkt. No. 16).[1]

3.    On January 9, 2025, Bicara filed an unopposed motion to exceed the page limit for

---

[1] Co-defendant Biocon's deadline to respond to the complaint is January 21, 2025 (Dkt. No. 40).

its memorandum in support of Bicara's MTD (Dkt. No. 41) by five pages (to twenty-five pages), which the Court granted on January 13, 2025 (Dkt. No. 47).

4. On January 10, 2025, Bicara filed the Bicara MTD, its supporting memorandum, and a declaration with seventeen exhibits. *See* Dkt. Nos. 44-46.

5. Y-Trap requests an extra week to evaluate and address the issues in Bicara's MTD, and a reciprocal increase of five additional pages in an opposition brief.

6. Counsel for Bicara has advised Y-Trap that it does not oppose the relief requested in this motion.

Dated: January 16, 2024

Y-TRAP, INC.

By its attorneys,

By: */s/ Benjamin M. Stern*
Kenneth R. Berman (BBO# 40320)
Benjamin Stern (BBO# 646778)
NUTTER, MCCLENNEN & FISH, LLP
155 Seaport Blvd.
Boston, MA 02210
Telephone:   (617) 439-2000
Facsimile:   (617) 310-9542
kberman@nutter.com
bstern@nutter.com

and

David K. Tellekson (*pro hac vice*)
Jonathan T. McMichael (*pro hac vice*)
Michelle E. Irwin (*pro hac vice*)
Hannah S. Reid (*pro hac vice*)
FENWICK & WEST LLP
401 Union St., 5th Floor
Seattle, WA 98101
Telephone:   206.389.4510
Facsimile:   206.389.4511
dtellekson@fenwick.com
mirwin@fenwick.com
hreid@fenwick.com

## LOCAL RULE 7.1(a)(2) CERTIFICATE

I certify that on January 15, 2025, counsel for Y-Trap and counsel for Bicara conferred in good faith about this motion. Counsel for Bicara stated that Bicara does not oppose this motion.

*/s/ Benjamin M. Stern*
Benjamin M. Stern

7056612